3:17CV640-SRU

DOCKET NO.: : FEDERAL COURTHOUSE

WESTRY, ERIC : AT NEW HAVEN

VS.

FILED
2017 APR 17 PM 4 17
U.S. DISTRICT COURT
NEW HAVEN, CT.

STAMFORD BOARD OF EDUCATION  17.04.2017

## COMPLAINT OF ILLEGAL DISCRIMINATORY PRACTICES

The Plantiff, files this legal action against Stamford Public Schools for the following illegal discriminatory practices:

1. I am Black (African-American) and had a record of a disability, because of this I have been discriminated against.

2. I began my employment with the above-named school district on July 29, 2014 after an offer that day. I was hired as a School Counselor for the Turn of River Middle School. My work performance was satisfactory. Until April 2016, I was rated "proficient".

3. Upon information and belief, I was the first Black male in my department.

4. Upon information and belief, the school counselor, Mr. Vale in the past had failed to schedule eighth grades students for their ninth grade courses one year with no consequences for this failure of responsibility.

5. Since the start of my employment, I believe that I was treated differently because of my race and disability. For example, on the first day of my employment, comments were made by the Caucasian Social Worker, the Caucasian School Psychologist and the Caucasian School Counselor who were assigned to my department (and later the Caucasian nurse in 2015-2016). I was criticized for the time I took with the students.

6. In October, I created a Google's Doc account to monitor attendance. It was approved by Mr. Fox with agreement from Mr. Vale that we could use the spreadsheets to document attendance. Mr. Vale refused to continue use of the program while complaining about it. I continued to use it throughout the year. November 2014-June 2015 administrators had access to the program but Mr. Fox, evaluating me in connection to this project, only viewed the documents when I presented hard copies for my evaluation. Mr. Fox, never utilizing my program, took my statistical analysis as his own to the Assistant Superintendent, Dr. Michael Fernandes, removing my name off of the binder. The Assistant Superintendent revealed that he was impressed by the analysis. Mr. Fox later discontinued my Google's Doc program, replacing it, introducing the same program as something new, without my data, for the entire school (reporting on

attendance and meetings). This program I created was already in use for a year prior as my Student Learning Objective.

7. October 2014: Mr. Vale, after agreeing to wait for all test materials to be returned to the central office, left the school and returned his materials while I was still administering the exams to special needs students with requisite legal extended time provisions. The central office asked about them in concern. I reported the threat to test integrity and custody of materials to principal Brendan Fox for which there was no corrective action or accountability for Mr. Vale. It (the initial departure in exasperation by Mr. Vale) was witnessed by Office Manager, Ms. Sharon Wade.

8. Around the 14th of November 2014 and through subsequent months until February 2015, Dr. Perchard engaged in efforts to sabotage consultation meetings for a student and family. The principal, Mr. Fox was critical and punitive to me for the sabotage that Dr. Perchard engaged in thwarting the meetings I was charged to administer.

9. In February 2015, I complained about the bias and discrimination I faced to the School Principal Brendan Fox (Caucasian). I do not believe that my concerns were addressed or that any action was taken.

10. On or around the 16th of June 2015 during graduation practice, I was threatened by the principal, Mr. Brendan Fox, that if I were to mispronounce any of the students' names he would be very upset with me. At the beginning of the new 2015-2016 school year, I was informed in August that my half of the 7th graders, graduating to 8th grade, eventually gradating in June 2016, would be taken away from me.

11. After previous (October 2015) comments that he wanted to make the job easier and save time, on or about December 2015, and after I continued to assert that I have a means to export attendance documentation and reports out of PowerSchool to save time. Mr. Fox stated "I want you to be clones" referring to me and other employees of the department. Insisting that we create list manually for tardy/absent students to sign or on which teachers would report. This was the opposite of saving time and accuracy in favor of Mr. Vale's ideas.

12. On or about mid December 2015 after working with Mr. Vale on the task for months, Mr. Fox asked for me and followed upon return in December to call parents who were already sent letters for their child's absence. I always work for the students outside of work but this required entire weekends and nights just to catch up on work that Mr. Fox carefully worked on with Mr. Vale. I ended up missing my new daughter's first Christmas gift shopping, arriving at a mall as they were closing. I spoke to the union. Upon return from break in January, I told Mr. Fox and he ignored me, stating to continue to make the calls.

13. In December 2015 a parent complained that the counselor, Mr. Vale failed to schedule a Black student for a language on which honors course are generally contingent and refused to call this parent back for months. I brought this to the principal, Mr. Fox's attention in February 2016 for which excuses were made for

the lack of language given to the student and there were no consequences for the counselor.

14. On or about the 18th of March 2016 I participated in a conference call in which the school psychologist, social worker, intern, and Domis worker—virtually all of whom were White-- laughed and made faces at the voice of a parent, who eventually complained that she heard them. The school psychologist Dr. Perchard, defended and lied to the parent of the Latina student. I complained that this was not professional and I was embarrassed by such egregious behavior. The student was repeatedly suspended, misdiagnosed, denied services, and suspended last because of leaving class and being subsequently yelled at by Dr. Perchard for her interaction with another student.

15. On or about April 12, 2016, I was placed on administrative leave with pay and benefits allegedly for an incident that occurred off the school's campus.

16. On April 28, 2016, I was asked to submit a resignation letter or face a career ending non-renewal of contract on a public record visible nationally.

17. Despite my satisfactory work performance, in May 2016, I was advised that my employment contract was not renewed based on "performance".  I believe that the school district's stated reason was pretext for discrimination and retaliation.

18. On the First of November, Judge Fasano of the Superior Court of Connecticut in Waterbury, informed me that all charges against me will be dismissed in the presence of my attorney, Darnell D. Crosland, Esq.

19. On the 9th of December 2016 Dr. Stephen Falcone, Executive Director of Human Resources, met with me in his office at Stamford Public Schools where I explained that charges would be dismissed and considered never taken place nor necessitating any loss of livelihood because it doesn't exist anymore warranting that I should be reinstated to my position with a contract renewal at Stamford Public Schools.  He was provided support documents for my reinstatement. He asked me to contact him at the beginning of the new Calendar year January 2017.

20. On the Third of January 2017, Dr. Falcone returned my call and said he did not agree with Judge Fasano's dismissal representing a expungement of criminal wrongdoing and that there would not be a reinstatement of my position but that I am welcome to apply for position for which there are none available.

21. Stephen Falcone, a rich White privileged male has been given favor as well due to the fact that he "is the son of two popular Stamford teachers."

22. Stamford Advocate reports the following:

"Falcone also brings some baggage to the district.
Just a month ago, he resigned from his post as Darien superintendent after state and internal investigations found numerous issues of noncompliance and violation of federal law regarding Darien's Special Education program. The independent investigator questioned the notion of Falcone not being involved as many of the problems occurred due to numerous directives issued by the special education director he helped hire. He

was also informed of problems a year before the issue came to light. The problems have even garnered attention from the Wall Street Journal."

"Stephen Falcone, the district's human resources director, will be suspended for one non-consecutive month - four week-long suspensions over as many months."

He was never fired despite calls in the newspapers to do so. My record is being expunged as never existed while his scandal remains with impunity or an "Executive Director" promotion. I am Black and He is White.

All charges were dismissed in criminal court. Stamford failed to heed notice of impending exoneration.

Based on the above, I believe that I have been discriminated against in violation of Title VII of the Civil Rights Act, the Americans with Disabilities Act and other Federal, state and local anti-discrimination statutes. I further believe that I have been retaliated against in violation of these statutes.

Respectfully submitted,

By: *[signature]*

Eric Westry,
61-09 Bentwood Drive
Waterbury, CT 06705
203.560.5071

Certification

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on Date: 17.04.2017 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served. (Here list the name of each party served or immediately to be served and the address at which service was made or will immediately be made.)

Stamford Public Schools
Attn: Earl Kim, Superintendent
888 Washington Blvd.
Stamford, CT 06901

By:

*[signature: Eric Westry]*

Eric Westry
61-09 Bentwood Drive
Waterbury, CT 06705
203.560.5071
203.574.3613

Order

The foregoing having been presented to this court, it is hereby
ORDERED: GRANTED/DENIED

_____
Judge/Clerk/Asst. Clerk